UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| RICHARD FALOON, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>BOUCHARD CLEANING & RESTORATION, INC., )<br>)<br>   Defendant )  | 1:20-cv-00353-NT |

## STIPULATION OF DISMISSAL

NOW COME the parties and stipulate to the dismissal of this action with prejudice and without attorney's fees or costs to any party.

Dated: July 22, 2021         /s/ John P. Gause

                                            John P. Gause, Esq., Bar No. 8192
                                            ATTORNEY FOR PLAINTIFF
                                            Eastern Maine Law, LLC
                                            23 Water St., Suite 300
                                            Bangor, ME 04401
                                            (207) 947-5100
                                            jgause@easternmainelaw.com

Dated: July 22, 2021         /s/ Shiloh D. Theberge

                                            Shiloh D. Theberge, Esq., Bar No. 4746
                                            ATTORNEY FOR DEFENDANT
                                            BERNSTEIN SHUR
                                            100 Middle Street, PO Box 9729
                                            Portland, ME 04104-5029
                                            (207) 774-1200
                                            stheberge@bernsteinshur.com